Elizabeth A. Skane, Esq. (SBN 187752)
Tanya L. Prouty, Esq. (SBN 309650)
SKANE MILLS LLP
600 B Street, Suite 1500
San Diego, CA 92101
T: (619) 702-1635 / F: (619) 702-1645
eskane@skanemills.com / tprouty@skanemills.com

Attorneys for Defendants/Cross-Complainants, WALMART, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GERALD PALLAGI, an individual,

Plaintiff ,

v.

WALMART, INC.; and DOES 1- 20, inclusive,

Defendants.

WALMART, INC.

Cross-Complainants,

v.

ROES 1 through 20, inclusive,

Cross-Defendants.

Case No. '22CV0399 BEN MDD

**DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Defendant") hereby removes to this Court the State Court action described below:

///

1. On December 21, 2021, Plaintiff GERALD PALLAGI ("Plaintiff") filed this action in the Superior Court of the State of California, County of San Diego, as Case No. 37-2021-00053220-CU-PO-NC and subsequently served Defendant. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

2. Defendant filed its answer to the Complaint and a Cross-Complaint against unnamed Roe Cross-Defendants on February 2, 2022. (A true and correct copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of the Cross-Complaint is attached hereto as Exhibit "C").

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Diversity of the parties exists as Plaintiff is a citizen of California. (See Exhibit "A").

5. Defendant Walmart Inc. is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

6. Defendant was served with Plaintiff's Statement of Damages on March 15, 2022. The Statement of Damages list over $575,500. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "D."

7. No other Defendants have appeared in this action as of the filing of this removal.

///

///

///

///

///

8. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

DATED: March 25, 2022

**SKANE MILLS LLP**

By: */s/ Tanya Prouty*

Elizabeth A. Skane, Esq
Tanya L. Prouty, Esq.
Attorneys for Defendant
WALMART, INC.

**DECLARATION OF TANYA L. PROUTY**

I, Tanya L. Prouty, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate at Skane Mills LLP, the attorneys for Defendant Walmart, Inc. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On December 21, 2021, Plaintiff GERALD PALLAGI ("Plaintiff") filed this action in the Superior Court of the State of California, County of San Diego, as Case No. 37-2021-00053220-CU-PO-NC and subsequently served Defendant. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

3. Defendant filed its answer to the Complaint and a Cross-Complaint against unnamed Roe Cross-Defendants on February 2, 2022. (A true and correct copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of the Cross-Complaint is attached hereto as Exhibit "C").

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Diversity of the parties exists as Plaintiff is a citizen of California. (See Exhibit "A").

6. Defendant Walmart Inc. is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

7. Defendant was served with Plaintiff's Statement of Damages on March 15, 2022. The Statement of Damages list over $575,500.00. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "D."

8. No other Defendants have appeared in this action as of the filing of this removal.

9. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on March 25, 2022.

*/s/ Tanya L. Prouty*

Tanya L. Prouty, Declarant

**DEMAND FOR JURY TRIAL**

Defendant Walmart, Inc. hereby demands trial of this matter by jury.

DATED: March 25, 2022

**SKANE MILLS LLP**

By: */s/ Tanya L. Prouty*
Elizabeth Skane, Esq.
Tanya L. Prouty, Esq.
Attorneys for Defendant
Walmart, Inc.